Joshua B. Swigart, Esq. (SBN: 225557)
josh@westcoastlitigation.com
Robert L. Hyde, Esq. (SBN: 227183)
bob@westcoastlitigation.com
**Hyde & Swigart**
411 Camino Del Rio South, Suite 301
San Diego, CA 92108-3551
Telephone: (619) 233-7770
Facsimile: (619) 297-1022

Attorneys for the Plaintiff

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| Darla J. Epperson<br><br>Plaintiff,<br>v.<br><br>Bleier & Cox, LLC<br><br>Defendant. | **Case No:11-cv-01134 W JMA**<br><br>**PLAINTIFF'S NOTICE OF REQUEST FOR VOLUNTARY DISMISSAL OF ACTION WITHOUT PREJUDICE PURSUANT TO F.R.C.P. 41(a)**<br><br>**HON. Thomas J. Whelan** |
|---|---|

Plaintiff Darla J. Epperson (hereinafter "Plaintiff") hereby moves to dismiss this entire action against Defendant Bleier & Cox, LLC, (hereinafter "Defendant") (and jointly hereinafter referred to as "the Parties") without prejudice.

Plaintiff respectfully requests the action be dismissed WITHOUT PREJUDICE.

Dated: July 29, 2011                                    **HYDE & SWIGART**

/s Joshua B. Swigart
Joshua B. Swigart
Attorneys for Plaintiff