# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARLA J. EPPERSON,<br><br>　　　　　　　Plaintiff,<br>　v.<br>BLEIER & COX, LLC,<br><br>　　　　　　　Defendant. | CASE 11-CV-1134 W (JMA)<br><br>**ORDER DISMISSING COMPLAINT WITHOUT PREJUDICE [DOC. 1.]** |

　　　On May 24, 2011, Plaintiff Darla Epperson ("Epperson") filed a complaint against Defendant Bleier & Cox. (Doc. 1.) On July 29, 2011, Epperson filed a notice of voluntary dismissal for the entire action under Federal Rule of Civil Procedure 41. (Doc. 3.) Because Defendant has not served an answer or moved for summary judgment, Epperson's voluntary dismissal is **GRANTED**. Fed. R. Civ. P. 41(a)(1)(A)(i). Epperson's complaint is **DISMISSED WITHOUT PREJUDICE**. Fed. R. Civ. P. 41(a)(1)(B). The clerk of the court is directed to close this case.

　　　**IT IS SO ORDERED.**

DATED: November 30, 2011

　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Hon. Thomas J. Whelan
　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28